# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIAM MCMANUS & GINA
MCMANUS, individually and as the parent
and next best friend of George McManus,
Christopher McManus & Liam McManus,
minors,,**

           **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1213-Orl-31JGG**

**NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK), CSX
TRANSPORTATION, INC., & CSX
CORPORATION,**

           **Defendants.**
_____

## ORDER

Defendants have filed a Motion to strike the testimony of Lea Ray and Bernard Pettingill

(Doc. 35), contending that these experts were not timely disclosed as required by Rule 26 and this

Court's Case Management and Scheduling Order (Doc. 30).  Plaintiffs filed a response (Doc. 43),

contending that Lea Ray is a treating "therapist" and not an expert witness as contemplated by

Rule 702.[1]  Plaintiffs offer no explanation for their failure to timely disclose the opinions of their

economic expert, Bernard Pettingill.

As a treating 'therapist" it is questionable whether Mr. Ray is covered by the disclosure

requirements of rule 26.  However, in order to avoid prejudice to either party, the Court will allow

---

[1]Defendants also filed a Motion in Limine seeking similar relief (Doc. 36).

Defendants to depose Mr. Ray; said deposition to be conducted prior to April 20, 2007.  Any

motion to compel concerning documents to be produced at that deposition must be filed by April

2, 2007.  Documents subject to production must be produced five days before the deposition.  Any

*Daubert* issues relating to Mr. Ray's testimony will be addressed at the pretrial conference on

May 10, 2007.

The Motion to Strike Mr. Pettingill's testimony will be granted as unopposed.  It is,

therefore

**ORDERED** that:

1.      Defendants' Motion to Strike is GRANTED in part and DENIED in part.  The

testimony of Bernard Pettingill is STRICKEN.  The Motion as to Lea Ray is DENIED, without

prejudice.

2.      The Motion in Limine (Doc. 36) is DENIED, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 12, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party